# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0745, <u>David Charles Peterson v. Jeanette Charon & a.</u>, the court on August 20, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, David Charles Peterson, appeals an order of the Superior Court (<u>Bornstein</u>, J.) denying his verified motion to show authority/motion to strike, and granting the motion of the defendants, Jeanette Charon and Town of Dalton, to dismiss his verified bill for writ of <u>quo</u> <u>warranto</u>. The plaintiff advances several arguments challenging the trial court's decision. As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error and affirm the court's decision. <u>See id.</u>; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**